No. 41, Misc.   BUFFA ET AL. v. NEW JERSEY.   Supreme Court of New Jersey.   Certiorari denied.   Petitioners *pro se.   John G. Thevos* for respondent.

No. 200, Misc.   McNALLY v. HEINZE, WARDEN.   C. A. 9th Cir.   Certiorari denied.   Petitioner *pro se.   Stanley Mosk,* Attorney General of California, and *Doris H. Maier* and *Raymond M. Momboisse,* Deputy Attorneys General, for respondent.

No. 408, Misc.   LEACH v. NEW JERSEY.   Supreme Court of New Jersey.   Certiorari denied.

No. 411, Misc.   OWENS v. ELLIS, CORRECTIONS DIRECTOR, ET AL.   Court of Criminal Appeals of Texas.   Certiorari denied.

No. 431, Misc.   KANGRGA ET AL. v. BAJKIC ET AL. Court of Appeals of New York.   Certiorari denied.   *Werner Galleski* and *Arnold Davis* for petitioners.   *George.C. Dix* for respondents.

No. 432, Misc.   SHEPHERD v. UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   Petitioner *pro se.   Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 473, Misc.   SMITH v. INDUSTRIAL ACCIDENT COMMISSION OF CALIFORNIA ET AL.   Supreme Court of California.   Certiorari denied.

No. 483, Misc.   HURTT v. MISSOURI.   Supreme Court of Missouri.   Certiorari denied.